UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMMITT HILLS

VERSUS

BURL CAIN

CIVIL ACTION

NO. 11-490-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 5, 2012 (doc. no. 29) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is GRANTED, his 1972 sentence of life imprisonment without the benefit of probation, parole or suspension of sentence is VACATED, and the state court is required to re-sentence the petitioner within ninety (90) days or release him from confinement.

Baton Rouge, Louisiana, this 14th day of July, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA